UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEIDRE JOHNSON and HOPE JOSEPH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:20-cv-02024** |
| **KEVIN MAXIMILIAN LOPEZ GARCIA, PEDRO LOPEZ DBA LOPEZ TRUCKING, and CANAL INSURANCE COMPANY** | **SECTION "S"** |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Defendants' Motion in Limine to Limit the Testimony of Officer Terry Meyer and Exclude Portions of the Accident Report (Rec. Doc. 34) is **GRANTED** as unopposed. Officer Meyer's testimony is limited to his personal observations and the portions of his accident report containing Meyer's opinions and conclusions as to fault, negligence, or causation shall be redacted and excluded from trial.

New Orleans, Louisiana, this __9th__ day of August, 2021.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**